IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY LINDENBAUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-264 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

**<u>ORDER</u>**

AND NOW, this 18th day of July, 2011, "Plaintiff's Petition for Attorney's Fees" (docket no. 8) is granted in part. Defendant NCO Financial Systems, Inc. shall make payment to plaintiff's counsel, Kimmel & Silverman, P.C., in the amount of $4,066.50. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.